**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )   2:10-CR-0477-KJD (LRL) |
| DARYL PAGE, | )<br>) |
| Defendant. | ) |

**ORDER OF FORFEITURE**

On February, 15, 2011, defendant DARYL PAGE pled guilty to a Count One of a Nine-Count Criminal Indictment charging him in Count One with Conspiracy to Commit Mail Fraud and Bank Fraud in violation of Title 18, United States Code, Sections 1341, 1344, and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations of the Criminal Indictment.

This Court finds that DARYL PAGE shall pay a criminal forfeiture money judgment of $572,912.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853 (p).

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from DARYL PAGE a criminal forfeiture money judgment in the amount of $572,912.00 in United States Currency.

DATED this ___13___ day of ___May___, 2011.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Jacqueline L. Peltier, certify that the following individuals were served with copies of the (Proposed) Order of Forfeiture on February 23, 2011, by the below identified method of service:

E-mail/ECF

Thomas F. Pitaro.
330 South Third Street, Suite 860
Las Vegas, Nevada 89101
Email: thomaspitaro@yahoo.com
*Counsel for Daryl Page*

/s/ Jacqueline L. Peltier
JACQUELINE L. PELTIER
Paralegal Specialist