UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | 2:10-cr-00477-KJD-LRL |
| vs. | ) | |
| | ) | **ORDER** |
| DARYL PAGE, | ) | |
| Defendants. | ) | |

Presently before the Court is Defendant's Request for Extension of Time to Surrender (#30) . The United States has filed its Opposition (#32).

Defendant seeks extension of his surrender date of August 19, 2011 on the basis of the need to help his daughter enroll in and begin school.  However, the PreSentence Report discloses that the child is 12 years of age and resides with her mother, Elizabeth Chacon in Rancho Cucamonga, California.  Defendant's visits are monthly.  Thus, it does not appear Defendant is essential to the enrollment of his daughter in school.  Accordingly, the Request for Extension of Surrender Date is **DENIED**.  There is no objection to the request for a judicial recommendation to the Bureau of Prisons that Defendant be accepted into the intensive drug treatment program as available at the custodial institution.  The Court so recommends.

DATED:  August 16, 2011.

_____
UNITED STATES DISTRICT JUDGE